■ In the Matter of the Claim of DENNIS KING, Appellant. JOHN E. SWEENEY, as Commissioner of Labor, Respondent. [665 NYS2d 348] —Appeal from a decision of the Unemployment Insurance Appeal Board, filed June 13, 1996, which, *inter alia*, ruled that claimant was disqualified from receiving unemployment insurance benefits because he voluntarily left his employment without good cause.

Claimant was employed on a seasonal basis as a groundskeeper. After several months, the employer offered claimant permanent employment, including an increased hourly pay rate, health insurance and other benefits, but with a reduced work schedule of five fewer hours per week. Claimant declined the offer and resigned because the new position would have resulted in a weekly decrease in pay of $16.25. The Unemployment Insurance Appeal Board ruled that claimant had left his employment without good cause and charged him with a recoverable overpayment. We affirm. It has been held that a claimant's dissatisfaction with a position's hours or wages does not constitute good cause for resigning (*see, Matter of Solano [Sweeney]*, 234 AD2d 845). Claimant's contention that he did not resign but was fired raised a question of credibility for res-

olution by the Board (*see, Matter of Cattan [French & Eur. Publs.—Hudacs]*, 187 AD2d 858).

Mikoll, J. P., Mercure, Casey, Spain and Carpinello, JJ., concur. Ordered that the decision is affirmed, without costs.